**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DIANE ELIZABETH SACKER,

    Plaintiff,

v.                                       Case No. 13-11278

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                 /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment" dated July 31, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security. Dated at Detroit, Michigan, this 31st day of July 2014.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

                                                           s/ Lisa Wagner
                                                 By: Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland